UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

PHILLIP LEVENSON, et al.

- - - - - - - - - - - - - - - - - X

ORDER

CR-01-1243 (CBA)

For the reasons given in the Government's November 1, 2007 submission to the court, the Judgment of defendant PHILLIP LEVENSON, is amended as follows:

The list of victims previously attached to the defendant's judgment shall be, and the same hereby is, replaced with the revised November 1, 2007, list of victims annexed hereto.

All other provisions of the Judgment remain in full force and effect.

Dated: Brooklyn, New York
      November 5, 2007

s/Hon. Carol B. Amon
_____
HONORABLE CAROL B. AMON
UNITED STATES DISTRICT JUDGE